UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMERICAN ASSOCIATION OF
PEOPLE WITH DISABILITIES;
DANIEL W. O'CONNOR; KENT BELL;
and BETH BOWEN,
      Plaintiffs, on behalf of
      themselves and others
      similarly situated,

v.                                                         CASE NO. 3:01-cv-1275-J-99HTS

GLENDA E. HOOD, as Secretary of
State for the State of Florida; EDWARD
C. KAST, as Director,
Division of Elections; JOHN STAFFORD,
as Supervisor of Elections in Duval
County, Florida,
      Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court following the limited remand of this cause by the Eleventh Circuit (Dkt. 282). The Eleventh Circuit remanded this case to this Court for findings of fact as to the following questions: 1) "Does the City of Jacksonville have a contract with Diebold Elections Systems to provide Duval County with enough disabled-complaint voting machines to place one in each voting precinct?", and 2) "If the City does have a contract with Diebold, will the machines be in place and ready to use by the next election?" (Dkt. 282).

A hearing was held on this matter on August 22, 2004, during which this Court took testimony from Defendants and heard argument from the parties. Based upon the argument of counsel and the testimony presented this Court makes the following findings of fact:

1) This Court answers both questions in the affirmative;

2) Seven (7) Diebold disabled-complaint voting machines have been delivered to the City of Jacksonville;

3) The remaining disabled-complaint voting machines are scheduled to be shipped from Diebold within the next thirty (30) days;

4) The Agreement, dated July 29, 2005, between the City of Jacksonville and Diebold Elections Systems provides that the remaining voting machines will be provided within one (1) year;

5) The seven (7) voting machines which have already been provided will be used for the next election in October 2005 which will only involve four (4) voting precincts in Atlantic Beach;

6) The seven (7) voting machines will also be available for use in a January 2006 election which will involve one (1) voting precinct;

7) By September 2006, the City of Jacksonville will use the voting machines in each of the voting precincts even if Diebold were to take the full one (1) year under the contract to deliver the machines.

**DONE AND ORDERED** in Chambers this 23 day of August, 2005.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record